IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CONSUELO E. ANDERSON, | ) | CV 21-00479 HG-WRP |
| Plaintiff(s), | ) | |
| vs. | ) | |
| STATE OF HAWAII DEPARTMENT OF EDUCATION; MAVIS TASAKA; DENISE APUNA; ROCHELLE MAHOE; LADONNA BETH SCHIMMELFENNIG; GABRILLE TOWNSEND; JILL LABOY; ANNA TSANG; STEPHEN MIYAMATSO; LANELLE DEE HIBBS; LEAH MAOSI; LIANNE AONO; GRACE TAKAI; KIMBERLY MIYAMOTO, | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 06, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



Helen Gillmor
United States District Judge